ney, *Edward Reilly Wilson,* Principal Attorney, Appeals, and *A. George Best, II,* Assistant Prosecuting Attorney, for the people. State Appellate Defender, *Janet Tooley,* Assistant Defender, for defendant-appellant. Case below, Court of Appeals No. 78-277, per curiam opinion of November 13, 1978.

AUGUST 27, 1980

WILLIAMS v GROSSMAN. (Docket No. 58766.) Rehearing denied. *Harry D. Hirsch, Jr.,* and *E. R. Whinham* for plaintiff-appellant. Reported *ante,* 67.

IN THE MATTER OF TEMROWSKI. (Docket No. 62784.) Rehearing denied. *C. Michael Kimber* for respondent-appellant Temrowski. Reported *ante,* 262.

PEOPLE v LONG. (Docket No. 63102.) Rehearing denied. *Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *Edward J. Grant,* Prosecuting Attorney, and *John L. Wildeboer,* Chief Appellate Attorney, for the people. State Appellate Defender, *Lynn Chard,* Assistant Defender, for defendant-appellant. Reported *ante,* 346.

SEPTEMBER 9, 1980

PROPOSED AMENDMENT OF GCR 1963, 857. On order of the Court, this is to advise that the Court is considering a proposal to amend GCR 1963, 857. Before determining whether it should be adopted, changed before adoption, or rejected, this notice is given to afford any interested person the opportunity to comment on the form or the merits of the proposal, the text of which is as follows:

(The present language is to be repealed and replaced by the following language unless otherwise indicated below:)

RULE 857. PREPARING, FILING, AND SERVING BRIEFS AND APPENDICES IN CALENDAR CASES.

.1 Preparing.

(1) Briefs and appendices may be produced by ordinary typographic methods, including typewriting, or by any duplicating or copying